IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY THOMAS SPADA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. JFM-14-107 |
| THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's June 26, 2014 Report and Recommendations, and the objections filed on July 7, 2014. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 25th day of September, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 10) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.

_____
J. Frederick Motz
United States District Judge